| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr., William H | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>245 E. Capitol St., Suite 502<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 13 P 12:03 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 13 | Name of Person Reporting<br><br>Barbour, Jr., William H | Date of Report<br><br>05/07/2008 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 13 | Barbour, Jr., William H | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |



# FINANCIAL DISCLOSURE REPORT

Page 4 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (Y) | | | | | | | | | Name removed for security |
| 2. STOCKS AND BONDS | | | | | | | | | |
| 3. Regions Financial Corp (AmSouth) (common) | F | Dividend | O | T | Part Sale | 03/19 | M | G | |
| 4. | | | | | Part Sale | 05/07 | M | G | |
| 5. | | | | | Part Sale | 05/10 | M | G | |
| 6. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 7. Belmont Lodge (common) | | None | K | W | | | | | |
| 8. Citibank Deposit Program-formerly SB Money Funds | A | Interest | K | T | | | | | |
| 9. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 10. Capital World Growth and Income Fund (American Funds) | A | Dividend | L | T | | | | | |
| 11. Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 12. Income Fund of America (American Funds) | B | Dividend | K | T | | | | | |
| 13. New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 14. Compass Capital III - Preferred Stock | B | Dividend | | | Sold | 11/08 | K | A | |
| 15. Miss. LSE Rev. - Bonds (Y) | | | | | | | | | See Note Item 15. |
| 16. Miss. Dev. BK - Bond | B | Interest | L | T | | | | | |
| 17. Miss. Cap. Imp. - Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



| FINANCIAL DISCLOSURE REPORT<br>Page 5 of 13 | Name of Person Reporting<br><br>Barbour, Jr., William H | Date of Report<br><br>05/07/2008 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   USM Bldg CRP Rev-Bond | B | Interest | L | T | | | | | |
| 19.   MS St RFDG - NTS-Bond | B | Interest | K | T | | | | | |
| 20.   General Motors Dtd 7/3/03-Bond | C | Interest | K | T | | | | | |
| 21.   Kayne Anderson Energy Total Return Fund | B | Dividend | K | T | | | | | |
| 22.   REAL ESTATE (Items 21-26) | | | | | | | | | |
| 23.   Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 24.   Land #2,Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 25.   Land #2, Yazoo City, MS  remaining 1/2 interest | | None | K | W | | | | | |
| 26.   RESIDENTIAL SUBDIVISION #1 (See expl. Section VIII) | | None | N | W | | | | | (See note 26 & 27) |
| 27.   -Subdiv #1: Lots ▮▮▮ Lots ▮▮▮ ▮▮▮ | | | | | | | | | (See Note 26 & 27) |
| 28.   INDIVIDUAL RETIREMENT ACCOUNTS #1,2,3  (Items 28-56) | | | | | | | | | |
| 29.   IRA Rollover Acct-Brokerage Account #1 (29-41) | | | | | | | | | |
| 30.   -AT & T, Inc.(formerly Bell South (common) | B | Dividend | K | T | | | | | |
| 31.   -Regions Financial Corp (Amsouth) (common) | E | Dividend | M | T | | | | | |
| 32.   -Goldman Sachs Capital Growth Fund | A | Dividend | K | T | | | | | |
| 33.   -Citibank Deposit Program | A | Interest | K | T | | | | | |
| 34.   -Seligman New Tech Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |



# FINANCIAL DISCLOSURE REPORT
Page 6 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Franklin Income Fund | B | Dividend | K | T | Buy | 11/08 | K | | |
| 36. -Legg Mason Opportunity Tr Primary Class | A | Dividend | K | T | Buy | 01/17 | K | | |
| 37. -Legg Mason Value Trust | A | Dividend | K | T | Buy | 01/17 | K | | |
| 38. -Lord Abbett International Core Equity Fd | A | Dividend | J | T | Buy | 11/08 | J | | |
| 39. -Bank of America (common) | B | Dividend | K | T | | | | | |
| 40. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 41. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 42. IRA Managed Rollover -Brokerage Account #2 (42 - 46) | | | | | | | | | (See note 42-46) |
| 43. -American Balanced Fd CL A | C | Dividend | M | T | | | | | |
| 44. -Evergreen Asset Allocation Fd CL A | C | Dividend | M | T | | | | | |
| 45. -Washington Mutual Investors Fd CL A | C | Dividend | M | T | | | | | |
| 46. -Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. IRA Rollover-Brokerage Account #3 (47-56) | | | | | | | | | (See Note 47-56) |
| 48. -IShares MSCI Emerging Mkts Index Fund | A | Dividend | J | T | | | | | |
| 49. -IShares S & P 500 Growth Index Fund | A | Dividend | L | T | | | | | |
| 50. -IShares S & P 500 Value Index Fund | B | Dividend | K | T | | | | | |
| 51. -IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|



# FINANCIAL DISCLOSURE REPORT
## Page 7 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares Cohen & Steers Realty Majors | A | Dividend | J | T | | | | | |
| 53. -IShares Trust S & P Midcap 400 Growth Index Fd | A | Dividend | K | T | | | | | |
| 54. -IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 55. -IShares TR Russell 2000 Growth Index Fd | A | Dividend | K | T | | | | | |
| 56. -IShares Trust S & P Midcap Value Index Fd | A | Dividend | K | T | | | | | |
| 57. OIL AND GAS INTERESTS (57 - 87) | | | | | | | | | (See Note 57-87) |
| 58. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 59. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 60. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 61. -#4-Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 62. -#5-Pursue Energy Corp(was Shell Oil Co.) Rankin County, MS | C | Royalty | J | W | | | | | |
| 63. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 64. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 65. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | | None | J | W | | | | | |
| 66. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 67. -#10-Shell Western E&P, Lincoln County, MS | | None | J | W | | | | | |
| 68. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | P =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



# FINANCIAL DISCLOSURE REPORT
Page 8 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |
| 70. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 71. -#14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 72. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 73. -#16-Coho Resources, Jasper Co., MS | | None | J | W | | | | | |
| 74. -#17-Denbury On Shore LLC(was Denbury Resources) Jasper, | E | Royalty | L | W | | | | | &Clark,Lincoln,Pike Co, MS |
| 75. -#18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 76. -#19-Devon Energy, Yazoo Co,MS,Bossier Parish, L | | None | J | W | | | | | |
| 77. -#20-EOTT Energy, Jasper & Smith Co., MS | | None | J | W | | | | | |
| 78. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 79. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 80. -#23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 81. -#24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 82. -#25-McGowan Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 83. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 84. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 85. -#28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



# FINANCIAL DISCLOSURE REPORT
Page 9 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -#29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |
| 87. -#30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 88. LAND, Humphreys Co., MS (LLC) | | None | N | R | Buy | 05/14 | N | | Parker Land, LLC |
| 89. OWNED BY ▓▓▓▓ (Items 89-103) (Y) | | | | | | | | | (See Note 89-127) |
| 90. -Daimler Chrysler (common) (Y) | | | | | | | | | |
| 91. -Goodyear (common) (Y) | | | | | | | | | |
| 92. -Louisiana Pacific (common) (Y) | | | | | | | | | |
| 93. -Regions Financial Corp (was Union Planters Bank(common)(Y) | | | | | | | | | |
| 94. -Trustmark (common) (Y) | | | | | | | | | |
| 95. -Delphi Corp (common) (Y) | | | | | | | | | |
| 96. -Electronic Data Systems (common) (Y) | | | | | | | | | |
| 97. -Citibank Deposit Program (Y) | | | | | | | | | |
| 98. -AmSouth IRA Cash Equivalent (Y) | | | | | | | | | |
| 99. Mineral Interests (98- 103) (Y) | | | | | | | | | |
| 100. -#1-Hughes-Parker Drilling, Yazoo Co., MS (Y) | | | | | | | | | |
| 101. -#2- Mineral Interest, Choctaw Co., MS (Y) | | | | | | | | | |
| 102. -3-Mineral Interest, Grenada Co., MS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



# FINANCIAL DISCLOSURE REPORT
Page 10 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  #4-Mineral Interest, Grenada Co., MS (Y) | | | | | | | | | |
| 104.  #5-Mineral Interest, Various Counties, MS (Y) | | | | | | | | | |
| 105.  INCOME BENEFICIARY TRUST# 1 (items 104 - 126) (Y) | | | | | | | | | |
| 106.  -Stocks (Y) | | | | | | | | | |
| 107.  -AmSouth (common) (Y) | | | | | | | | | |
| 108.  -Plum Creek Timber Co. (common) (Y) | | | | | | | | | |
| 109.  -La. Pacific (common) (Y) | | | | | | | | | |
| 110.  -Shering-Plough (common) (Y) | | | | | | | | | |
| 111.  -Chevron Texaco Corp. (common) (Y) | | | | | | | | | |
| 112.  -Merck & Co. (common) (Y) | | | | | | | | | |
| 113.  -Coca Cola Co. Delaware (common) (Y) | | | | | | | | | |
| 114.  -Motorola, Inc. (common) (Y) | | | | | | | | | |
| 115.  -Sprint Nextel (common) (incl Sprint Corp Series 1) (Y) | | | | | | | | | |
| 116.  -Jennison Utility Fd (7/9/03 name change fr Prudential (Y) | | | | | | | | | |
| 117.  -Alltel Corp. (common) (Y) | | | | | | | | | |
| 118.  -General Electric (common) (Y) | | | | | | | | | |
| 119.  -Delphi Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |



# FINANCIAL DISCLOSURE REPORT
## Page 11 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Medco Health Solutions, Inc. (Merck Spin off 8/03) com (Y) | | | | | | | | | |
| 121. -FreeScale Semiconductor (common) (Y) | | | | | | | | | |
| 122. -Bank of America (Y) | | | | | | | | | |
| 123. -Mineral Interests (122-126) (Y) | | | | | | | | | |
| 124. -Mineral Interest #1, Choctaw Co., MS (Y) | | | | | | | | | |
| 125. -Mineral Interest #2, Grenada Co., MS (Y) | | | | | | | | | |
| 126. -Mineral Interest #3, Grenada Co., MS (Y) | | | | | | | | | |
| 127. -Mineral Interest #4, Various Counties, MS (Y) | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 12 of 13 | Barbour, Jr., William H | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VIII

Line 15. Miss. LSE Rev. Bond was sold 10/15/05 (Code K). Interest income in 2005 was (Code A). The sale of this bond and its income were inadvertently not reported on 2005 FDR. The Miss. LSE Rev Bond was inadvrtently reported as an asset on 2006 FDR.

Lines 26 and 27 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 25. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 42 through 46 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 47 through 56 - This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2.

Lines 57 through 87 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Line 89 through 127 - These assets were owned by ▬▬▬ who died in 2006 and were inherited by ▬▬▬ myself. Therefore, these items are properly reported on my 2007 FDR and designated with a "(Y)" after each asset description. These assets will not be reported on my 2008 FDR.



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 13 | Barbour, Jr., William H | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544